UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA — WESTERN DIVISION

| | |
|---|---|
| INGRET SCOTT,<br><br>    Plaintiff,<br><br>vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social<br>Security Administration,<br><br>    Defendant. | Case No. CV 06-1533-SVW (JWJ)<br><br>ORDER ADOPTING<br>AMENDED REPORT AND<br>RECOMMENDATION<br>OF UNITED STATES<br>MAGISTRATE JUDGE |

    Pursuant to 28 U.S.C. § 636(b)(1)(C), the Court has reviewed the instant Complaint and other papers along with the attached Amended Report and Recommendation of the United States Magistrate Judge, and has made a de novo determination of the Amended Report and Recommendation.

    IT IS ORDERED that a Judgment be issued dismissing the instant action with prejudice.

///

///

///

///

1     IT IS FURTHER ORDERED that the Clerk shall serve forthwith a copy of
2 this Order and the Judgment of this date on the plaintiff.

4 DATED: 1/27/09

                                       STEPHEN V. WILSON
                                       United States District Judge