UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA — WESTERN DIVISION

| | | |
|---|---|---|
| INGRED SCOTT, | ) | Case No. CV 06-1533-SVW (JWJ) |
| Plaintiff, | ) | JUDGMENT |
| vs. | ) | |
| MICHAEL J. ASTRUE,<br>Commissioner of Social<br>Security Administration, | ) | |
| Defendant. | ) | |

Pursuant to the Order of the Court approving the recommendations of the United States Magistrate Judge, and adopting the same as the facts and conclusions of law herein,

IT IS ADJUDGED that Judgment be entered dismissing the instant action with prejudice.

DATED: _1/28/09_

_____
STEPHEN V. WILSON
United States District Judge